UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Andrea Brockland,<br>        Plaintiff,<br>v.<br><br>Roundy's Illinois, LLC,<br>        Defendant. | Civil Action No. 21-cv-5332<br><br>Judge Sharon Johnson Coleman |

## DEFENDANT'S MOTION TO DISMISS

Pursuant to Rule 12(b)(6), Defendant Roundy's Illinois, LLC moves to dismiss the Amended Complaint filed by Plaintiff Andrea Brockland in this putative class action with prejudice. A memorandum of points and authorities in support of this motion is submitted concurrently herewith.

Dated: January 11, 2022

William J. Blechman (admission forthcoming)
Elizabeth B. Honkonen
KENNY NACHWALTER, P.A.
1441 Brickell Avenue, Suite 1100
Miami, Florida 33131
Tel: (305) 373-1000
Fax: (305) 372-1861
wblechman@knpa.com
ebh@knpa.com

Respectfully submitted,

*/s/ Trevor K. Scheetz*
Trevor K. Scheetz
SPERLING & SLATER, P.C.
55 West Monroe, Suite 3200
Chicago, Illinois 60603
Tel: (312) 641-3200
Fax: (312) 641-6492
tscheetz@sperling-law.com

*Counsel for Defendant*
*Roundy's Illinois, LLC*